**Order entered January 16, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01061-CR

**DARRELL DEWAYNE SNEED, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F11-60730-Y**

## ORDER

The Court **REINSTATES** the appeal.

On November 15, 2013, we ordered the trial court to make findings regarding the completeness of the reporter's record. We **ADOPT** the trial court's findings that: (1) a reporter's record and supplemental reporter's record were filed on June 21, 2013; (2) a second supplemental record was filed on January 2, 2014; and (3) the record is now complete.

We **ORDER** appellant to file his brief within **THIRTY DAYS** of the date of this order. If appellant's brief is not filed within the time specified, the Court will order Riann Moore and the Dallas County Public Defender's Office removed as counsel and will order the trial court to appoint a new attorney to represent appellant in this appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Michael Snipes, Presiding Judge, Criminal District Court No. 7; Katherine Drew, Appellate-Chief, Dallas County Public Defender's Office; Riann Moore, Dallas County Public Defender's Office; and the Dallas County District Attorney's Office.

/s/    DAVID EVANS  
        JUSTICE